# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIORDALIZA DIAZ, on behalf of herself, individually, and on behalf of all others similarly-situated,

                    Plaintiff,

     -against-

JOYERIA ELIZABETH I, CORP., JOYERIA ELIZABETH II, CORP., JOYERIA ELIZABETH III, CORP., and TOMASA IZAQUIRRE, individually,

                  Defendants.

Civil Action No.: 17-cv-05136 (SHS)

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

     (a) the parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012);

     (b) the above-captioned action and all claims that were or could have been asserted by either party arising out of, or related to Plaintiff's employment with Defendants, is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without costs, disbursements, or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement agreement and entering judgment in accordance therewith should that become necessary.

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | KARPF, KARPF, & CERUTTI, P.C. |
| By: _____ <br> Jeffrey R. Maguire, Esq. <br> 655 Third Avenue, Suite 1821 <br> New York, New York 10017 <br> *Attorneys for Plaintiff* | By: /s/ Adam C. Lease <br> _____ <br> Adam C. Lease, Esq. <br> 3331 Street Road <br> Two Greenwood Square, Suite 128 <br> Bensalem, Pennsylvania <br> *Attorneys for Defendants* |
| Dated: May 16, 2018 | Dated: May 16, 2018 |

SO ORDERED, on the _____ day of _____, 2018, New York, New York:

_____
The Honorable Sidney H. Stein, U.S.D.J.