UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIORDALIZA DIAZ, ~~on behalf of herself, individually, and on behalf of all others similarly-situated,~~

   Plaintiff,

-against-

JOYERIA ELIZABETH I, CORP., JOYERIA ELIZABETH II, CORP., JOYERIA ELIZABETH III, CORP., and TOMASA IZAQUIRRE, individually,

   Defendants.

Civil Action No.: 17-cv-05136 (SHS)



## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

(a) the parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012) *for the reasons set forth on the record on June 7, 2018*

(b) the above-captioned action ~~and all claims that were or could have been asserted by either party arising out of, or related to Plaintiff's employment with Defendants,~~ is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without costs, disbursements, or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement agreement and entering judgment in accordance therewith should that become necessary.

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | KARPF, KARPF, & CERUTTI, P.C. |
| By: *(signature)*<br>Jeffrey R. Maguire, Esq.<br>655 Third Avenue, Suite 1821<br>New York, New York 10017<br>*Attorneys for Plaintiff* | By: /s/ Adam C. Lease<br>Adam C. Lease, Esq.<br>3331 Street Road<br>Two Greenwood Square, Suite 128<br>Bensalem, Pennsylvania<br>*Attorneys for Defendants* |
| Dated: May 16, 2018 | Dated: May 16, 2018 |

SO ORDERED, on the 7th day of June, 2018, New York, New York:

*(signature)*
The Honorable Sidney H. Stein, U.S.D.J.